UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH VIAL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1510-WBV** |
| **ANDREW M. SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION** | **SECTION: D** |

## ORDER

The Court, having considered the cross motions for summary judgment,[1] the record, the applicable law, and the Magistrate Judge's Report and Recommendation,[2] to which there are no objections, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment[3] is **DENIED**, that Defendant's Cross-Motion for Summary Judgement[4] is **GRANTED**, and that Plaintiff's suit is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, December 27, 2021.

**WENDY B. VITTER**
**United States District Judge**

---

[1] R. Docs. 21 & 22.
[2] R. Doc. 23.
[3] R. Doc. 21.
[4] R. Doc. 22.